# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand and thirteen.

Before:     Ralph K. Winter,
                *Circuit Judge*.

_____

NMD Interactive, Inc., doing business as Streeteasy.Com,

Plaintiff-Appellee,

v.

Douglas Chertok,

Defendant-Appellant.

_____

**ORDER**
Docket No. 13-1050

Appellee moves for an extension of time until October 10, 2013 to file its brief and requests that the Court also extend Appellant's time to file a reply brief until October 31, 2013.

IT IS HEREBY ORDERED that the motion is GRANTED.  No further extensions will be granted.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

